USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 14, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Anne Bryant,

                Plaintiff,

   -against-

Noel L. Silverman, et al.,

              Defendants.
----------------------------------------------------------X

**15 Civ. 08427 (PAC) (HBP)**
**ORDER OF REFERENCE TO**
**A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

___ Specific Non-Dispositive Motion/Dispute:*
_____

___ Habeas Corpus

___ Settlement: _____

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

___ Social Security

**_X_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)**

========================================================================

* Do not check if already referred for general pretrial

Dated: New York, New York
        December 14, 2015

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Copy Mailed By Chambers To:

Anne Bryant
2601 Jefferson Circle
Sarasota, FL 34239