USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 4, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANNE BRYANT,

          *Plaintiff,*

   -against-

PATRICK J. MONAGHAN,

          *Defendant.*

------------------------------------------------------------X

15 Civ. 8427 (PAC) (HBP)

**OPINION & ORDER
ADOPTING REPORT &
RECOMMENDATION**

HONORABLE PAUL A. CROTTY, United States District Judge:

On July 21, 2016, Magistrate Judge Henry Pitman issued a Report & Recommendation ("R&R") that recommends denying as moot Defendant Patrick Monaghan's motion to dismiss Plaintiff Anne Bryant's initial complaint (Dkt. 19) because Bryant subsequently filed an amended complaint, which Monaghan has also moved to dismiss (Dkt. 25). No party objects. The Court adopts the R&R. The Clerk is directed to terminate the motion at Docket 19.

Dated: New York, New York
      August 4, 2016

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Copy Mailed By Chambers To:
Anne Bryant
P.O. Box 418
Stony Point, NY 10980

1