UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ANNE BRYANT,

                Plaintiff,     :    15 Civ. 8427 (PAC)(HBP)

   -against-                 :    SCHEDULING
                                       ORDER
PATRICK J MONAGHAN JR., ESQ.,   :
et al.,
                                       :

              Defendants.
                                       :
------------------------------------X

        PITMAN, United States Magistrate Judge:

        A digitally recorded conference call having been held this matter on June 19, 2017, for the reasons stated on the recording of the call and with the consent of all parties, it is hereby ORDERED that:

        1.  All disclosures required by Rule 26(a)(1) shall be made no later than July 5, 2017.

        2.  All fact discovery in this matter shall be completed no later than September 30, 2017.

        3.  Dispositive motions, if any, shall be made no later than October 31, 2017.

        4.  The Pretrial Order, in the form required by Judge Crotty's rules, along with all other pretrial submissions required by Judge Crotty, shall be filed no

later than November 30, 2017, or thirty days after the final decision on any dispositive motion (if the pretrial order is still necessary after such decision), whichever date is later.  Plaintiff shall serve a draft of her portion of the Pretrial Order on counsel for defendant no later than fifteen days prior to the Pretrial Order's due date.  For the convenience of all parties, a copy of Judge Crotty's rules is available on the Court's website:  www.nysd.uscourts.gov.

Dated:  New York, New York
        June 20, 2017

SO ORDERED

*signature*

HENRY PITMAN
United States Magistrate Judge

Copy mailed to plaintiff:

Ms. Anne Bryant
2601 Jefferson Circle
Sarasota, Florida  34239

Copy transmitted to:

Patrick J. Monaghan, Jr., Esq.
Urban S. Mulvehill, Esq.