UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANNE BRYANT,

            *Plaintiff,*

   *-against-*

NOEL L. SILVERMAN, ESQ., et al.,

            *Defendant.*

------------------------------------------------------------X

15 Civ. 8427 (PAC) (HBP)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/18

HONORABLE PAUL A. CROTTY, United States District Judge:

On February 14, 2018, Magistrate Judge Henry Pitman issued a Report & Recommendation ("R&R") that recommends denying Plaintiff Anne Byrant's motion to dismiss this action without prejudice based on Defendant Patrick Monaghan's alleged violations of New York Judiciary Law Sections 470, 476, and 492. Dkt. 143. No party has objected. Finding no clear error, the Court adopts the R&R. The Clerk of Court is directed to terminate the pending motion at Docket 107.

Dated: New York, New York
      March _1_, 2018

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge

Copies Mailed to:
Ms. Anne Bryant
2601 Jefferson Circle
Sarasota, FL 34239

Ms. Anne Bryant
P.O. Box 418
Stony Point, NY 10980