**O'NEILL, DiMANNO & KELLY**
ATTORNEYS AT LAW

132 NASSAU STREET, SUITE 1000
NEW YORK, NY 10038-2428

URBAN S. MULVEHILL*
SAMUEL W. SANSONE
JAMES P. SAUTER*∀

TELEPHONE: (212) 267-5556
FACSIMILE:  (212) 227-3235
E-MAIL: odklaw@erols.com

* ALSO ADMITTED IN CONNECTICUT
∀ ALSO ADMITTED IN NEW JERSEY

March 26, 2018

**Via ECF Filing**
Honorable Henry Pitman
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Court House
500 Pearl Street
New York, New York 10007-1312

Re: **Bryant v. Silverman, et al.**
**Docket No. 15-CV-8427 (PJC) (HBP)**

Dear Judge Pitman:

We are co-counsel with Mr. Monaghan on his behalf in this action. The purpose of this letter is to request a scheduling conference to address a number of issues including but not limited to:

A. The current status of the case given your Honor's Opinion and Order filed February 14, 2018 [DI 142] and Judge Crotty's Order [DI 146] adopting your Report in its entirety. Each Order held and reiterated prior holdings that there were only two remaining issues in the case: (1) whether Mr. Monaghan had a conflict of interest regarding Kinder and (2) allegedly deficient filings in the 2000[1] New York State action.;

B. Given those rulings, we assume, and submit that, plaintiff's Motion For Partial Summary Judgment on dismissed claims [DI 129-135] is a dead issue and the docket should be noted to so reflect; and

C. When plaintiff will be directed to submit a proposed Pretrial Order and trial exhibits.

I thank your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Urban Mulvehill/*
Urban Mulvehill

cc: Hon. Paul J. Crotty
    Anne Bryant
    Patrick J. Monaghan, Jr.

---

[1] Judge Crotty's Order said 2009 but we assume that is a typo.

3086439_1\010867