**PATRICK J. MONAGHAN, JR. ESQ. [pjm 6297]**
c/o Beattie Padovano, LLC
50 Chestnut Ridge Road
Montvale, New Jersey 07645
(201) 799-2148
(201) 573-9736
pmonaghan@beattielaw.com

April 24, 2018

**Via ECF Filing**
**and FAX No. 212-805-6111**
Honorable Henry Pitman
United States District Judge
Daniel Patrick Moynihan U.S. Court House
500 Pearl Street
New York, New York 10007-1312

           **Re:**    Bryant v. Silverman, et al.
                   **Docket No. 15-CV-8427 (PJC) (HBP)**

Dear Judge Pitman:

      I am the remaining defendant in regard to the above referenced matter which is scheduled for a conference call with your Honor at 2:00 p.m. on Wednesday, May 2, 2018. I am also scheduled to appear in person in the U.S. District Court of New Jersey before Magistrate Judge James B. Clark for a Final Pretrial Conference on May 2, 2018 at 3:00 p.m. pursuant to his Honor's Letter Order in the matter of Virginia Street Fidelco, LLC, et al. v. Orbis Products Corporation, et al., Case No. 2:11-cv-02057.

      I am therefore respectfully requesting that the conference call with your Honor on May 2, 2018 be adjourned to another date suitable to the Court and the parties.

      I also wish to advise that I am preparing a Motion for Summary Judgment as to the two remaining issues in the case which I hope to file by Monday, April 30, 2018.

                                                      Respectfully submitted,

                                                      PATRICK J. MONAGHAN, JR

cc:    Honorable Paul A. Crotty - FAX No. 212-805-6304
        Urban Mulvehill, Esq.
        Anne Bryant [by e-mail, regular mail and ECF]